# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A SAMSUNG MODEL SM-G530T 8GB CELLULAR TELEPHONE BEARING SERIAL NUMBER R28GB230M2V AND IMEI 359128/06/596564/8 | Case No. 4:17 MJ66 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Southern_____ District of _____Georgia_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a Firearm by a Prohibited Person |

The application is based on these facts:

See affidavit of ATF TFO Lyndsey Lyon.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Lyndsey Lyon, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/17/2017

_____
*Judge's signature*

City and state: Savannah, Georgia

G.R. Smith, United States Magistrate Judge
*Printed name and title*